# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-0439 & 3D25-0440
Lower Tribunal Nos. 24-CF-918-A-K & 24-CF-796-A-K

_____

**Tabatha Young,**
Appellant,

vs.

**State of Florida,**
Appellee.

Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Tabatha Young, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.

Before SCALES, C.J, and LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.